**United States Bankruptcy Court**
**Southern District of Georgia**

In re  **Jessica M. Carver**                                      Case No. **05-12039-JSD**
                                     Debtor(s)                    Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................. $  **450.00**
   Prior to the filing of this statement I have received ................................ $  **450.00**
   Balance Due ............................................................................................ $  **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; review and filing of reaffirmation agreements and applications as needed; preparation and filing of motions to avoid liens on household goods. Fees are to be paid pursuant to the General Order Number 2005-6.  **PAID FEES ARE NON-REFUNDALBE REGARDLESS OF CASE DISPOSITION.****

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in dischargeability action(s), relief from stay actions, adversary proceedings, motions to dismiss, request to sell, request to purchase, affidavits of default, motions for moratorium or conversion of cases from one chapter to another chapter.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **June 23, 2006**                       /s/ **Angela Williams Seymour, for the Firm GA**
                                                Angela Williams Seymour, for the Firm GA
                                                636505
                                                JAMES B. DUNCAN, III and ASSOCIATES, P.C.
                                                Post Office Box 211003
                                                Augusta, Georgia, 30917-1003
                                                706/868-1968  Fax: 706/868-8009
                                                angieseymour@knology.net

Date **June 23, 2006**                Signature  /s/ **Jessica M. Carver**
                                                 Jessica M. Carver
                                                 Debtor

In re **Jessica M. Carver** , Case No. __05-12039-JSD__
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking with Regions | - | 319.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous furniture owned by debtor | - | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal clothing owned by debtor(s). | - | 300.00 |
| 7. Furs and jewelry. | | Furs, rings, bracelets, necklaces, watches, and other jewelry. | - | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total > **1,819.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

In re **Jessica M. Carver**, Case No. **05-12039-JSD**
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Tax refund for 2005 - used living expenses | J | 750.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **750.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re  **Jessica M. Carver**, Case No. __05-12039-JSD__
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | One purebred Cocker Spaniel | - | 150.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total >     150.00
(Total of this page)
Total >     2,719.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Jessica M. Carver**                                                      Case No.   **05-12039-JSD**
                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
- ☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
- ■ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| checking with Regions | Ga. Code Ann. § 44-13-100(a)(6) | 319.00 | 319.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous furniture owned by debtor | Ga. Code Ann. § 44-13-100(a)(4) | 0.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| Personal clothing owned by debtor(s). | Ga. Code Ann. § 44-13-100(a)(4) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Furs, rings, bracelets, necklaces, watches, and other jewelry. | Ga. Code Ann. § 44-13-100(a)(5) | 500.00 | 200.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Tax refund for 2005 - used living expenses | Ga. Code Ann. § 44-13-100(a)(6) | 750.00 | 1,500.00 |
| **Animals** | | | |
| One purebred Cocker Spaniel | Ga. Code Ann. § 44-13-100(a)(6) | 150.00 | 150.00 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

In re  **Jessica M. Carver**                                                                                        ,          Case No.   **05-12039-JSD**
                                                          Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 1** <br> **Arrow** <br> **863 Broad Street** <br> **Augusta, GA 30901** | | - | Non-Purchase Money Security <br><br> Miscellaneous furniture owned by debtor <br><br> Value $          1,000.00 | | | | 507.94 | 507.94 |
| Account No. <br> **Creditor #: 2** <br> **Covington Bank** <br> **752 Broad Street** <br> **Augusta, GA 30901** | | - | Non-Purchase Money Security <br><br> Miscellaneous furniture owned by debtor <br><br> Value $          1,000.00 | | | | 602.00 | 602.00 |
| Account No. <br> **Creditor #: 3** <br> **Friedman Jewlers #5571** <br> **228 Robert C. Daniel, Jr. Parkway** <br> **Augusta, GA 30909** | | - | Furs, rings, bracelets, necklaces, watches, and other jewelry. <br><br> Value $            200.00 | | | | 800.00 | 600.00 |
| Account No. <br> **Creditor #: 4** <br> **Key Loan & Finance** <br> **1631 Gordon Highway** <br> **Augusta, GA 30906** | | - | Non-Purchase Money Security <br><br> Miscellaneous furniture owned by debtor <br><br> Value $          1,000.00 | | | | 720.00 | 259.81 |
| **__1__** continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | 2,629.94 | |

In re  **Jessica M. Carver**, Case No. **05-12039-JSD**
Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 5<br>Pioneer Credit<br>1235 Walton Way<br>Augusta, GA 30901 | - | | Non-Purchase Money Security<br>Miscellaneous furniture owned by debtor<br>Value $ 1,000.00 | | | | 1,200.00 | 1,200.00 |
| Account No.<br>Creditor #: 6<br>Security Finance<br>3830 Washington Road<br>Suite 6<br>Augusta, GA 30907 | - | | Non-Purchase Money Security<br>Miscellaneous furniture owned by debtor<br>Value $ 1,000.00 | | | | 1,320.00 | 1,320.00 |
| Account No.<br>Creditor #: 7<br>Tico Credit Company<br>Post Office Box 6460<br>North Augusta, SC 29861 | - | | Non-Purchase Money Security<br>Miscellaneous furniture owned by debtor<br>Value $ 1,000.00 | | | | 734.60 | 734.60 |
| Account No.<br>Creditor #: 8<br>World Finance<br>1151 Broad Street<br>Augusta, GA 30901-1117 | - | | Non-Purchase Money Security<br>Miscellaneous furniture owned by debtor<br>Value $ 1,000.00 | | | | 539.81 | 0.00 |
| Account No.<br> | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  **3,794.41**

Total (Report on Summary of Schedules)  **6,424.35**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **Jessica M. Carver**                                                          Case No. __**05-12039-JSD**__
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__**0**__ continuation sheets attached

Form B6F
(12/03)

In re __Jessica M. Carver_____,    Case No. __05-12039-JSD__
  Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**Bellsouth Regional Bankruptcy Ctr**<br>**29 EF1**<br>**301 W Bay St**<br>**Jacksonville, FL 32202** | | - | telephone service | | | | 120.00 |
| Account No.<br>**Creditor #: 2**<br>**Brylane Home**<br>**PO Box 4411**<br>**Taunton, MA 02780-9960** | | - | | | | | 167.00 |
| Account No.<br>**Creditor #: 3**<br>**Capital One**<br>**P.O. Box 85147**<br>**Richmond, VA 23276-0001** | | - | misc. consumer purchases | | | | 1,175.30 |
| Account No.<br>**Creditor #: 4**<br>**Chadwicks**<br>**P.O. Box 1600**<br>**Taunton, MA 02780-0975** | | - | Credit card purchases | | | | 520.00 |
| __3__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 1,982.30 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    S/N:23265-060605   Best Case Bankruptcy

In re **Jessica M. Carver**, Debtor

Case No. **05-12039-JSD**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 5**<br>**Cingular Wireless**<br>**2612 Northern Roane Street**<br>**Johnson City, TN 37601** | - | | | | | | 205.00 |
| Account No.<br>**Creditor #: 6**<br>**Comcast**<br>**105 River Shoals Parkway**<br>**Augusta, GA 30909** | - | | | | | | 361.00 |
| Account No.<br>**Creditor #: 7**<br>**Dr. Donald Talley**<br>**PO Box 3330**<br>**Augusta, GA 30914-3330** | - | | Medical treatment | | | | 121.60 |
| Account No. xxxx<br>**Creditor #: 8**<br>**Georgia Bank & Trust**<br>**PO Box 15367**<br>**Augusta, GA 30919** | - | | Cash loan | | | | 952.38 |
| Account No.<br>**Creditor #: 9**<br>**Knology of Augusta Cable**<br>**3714 Wheeler Road**<br>**Augusta, GA 30909** | - | | | | | | 627.00 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,266.98**

In re  Jessica M. Carver,
Debtor

Case No. 05-12039-JSD

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 38114964 Creditor #: 10 MCI Communications PO Box 163250 Columbus, OH 43216-3250 | | - | telephone service | | | | 153.00 |
| Account No. Creditor #: 11 Merchant's Credit Bureau %Evans Medical Group 955 Greene St Augusta, GA 30901 | | - | medical service | | | | 553.00 |
| Account No. Creditor #: 12 Plains Commerce Bank P.O. Box 89937 Sioux Falls, SD 57109 | | - | Misc. consumer purchases | | | | 1,300.00 |
| Account No. Creditor #: 13 St. Joseph's Hospital 2260 Wrightsboro Road Augusta, GA 30910-3199 | | - | medical treatment | | | | 1,200.00 |
| Account No. Creditor #: 14 Summerville Women's Medical Group 2258 Wrightsboro Road Suite 300 Augusta, GA 30904 | | - | Medical treatment | | | | 996.78 |

Sheet no. 2 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     4,202.78

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re  **Jessica M. Carver**, Case No. **05-12039-JSD**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx<br>Creditor #: 15<br>Sunset Finance Company<br>3841 A Washington Road<br>Martinez, GA 30907 | | - | Cash loan | | | | 400.00 |
| Account No. xxxx<br>Creditor #: 16<br>The Money Tree<br>1821 Walton Way<br>Augusta, GA 30904 | | - | Cash loan | | | | 416.56 |
| Account No.<br>Creditor #: 17<br>Thomson Eduction Direct<br>925 Oak Street<br>Scranton, PA 18515 | | - | | | | | 651.00 |
| Account No.<br>Creditor #: 18<br>Triad Financial Corporation<br>Attention: Bankruptcy Department<br>7711 Center Avenue, Suite 100<br>Huntington Beach, CA 92647 | X | - | 1999 Ford Taurus | | | | 8,059.80 |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **9,527.36**

Total (Report on Summary of Schedules)    **17,979.42**

In re **Jessica M. Carver**     Case No. **05-12039-JSD**
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| **Married** | RELATIONSHIP **Daughter** | AGE **18 mos.** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **payroll** | |
| Name of Employer | **Castleberry Foods** | |
| How long employed | **5 months** | |
| Address of Employer | **15th St** <br> **Augusta, GA 30901** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,733.33 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,733.33 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 346.67 | $ 0.00 |
| b. Insurance | $ 216.67 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 563.34 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,169.99 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) **husband's net monthly income** | $ 0.00 | $ 1,000.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,169.99 | $ 1,000.00 |

TOTAL COMBINED MONTHLY INCOME    $ **2,169.99**    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **Jessica M. Carver**              Case No. **05-12039-JSD**
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 590.00 |
| Are real estate taxes included? Yes ____ No **X** | |
| Is property insurance included? Yes ____ No **X** | |
| Utilities: Electricity and heating fuel | $ 175.00 |
| Water and sewer | $ 45.00 |
| Telephone | $ 80.00 |
| Other _____ | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 20.00 |
| Food | $ 325.00 |
| Clothing | $ 45.00 |
| Laundry and dry cleaning | $ 25.00 |
| Medical and dental expenses | $ 40.00 |
| Transportation (not including car payments) | $ 280.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 180.00 |
| Other _____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **vehicle tags, taxes** | $ 12.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 0.00 |
| Other **payment for computer (in mother's name)** | $ 70.00 |
| Other **Day care** | $ 380.00 |
| Other **Debtor's payment for use of vehicle** | $ 335.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other **personal hygiene and haircuts** | $ 35.00 |
| Other **Husband's child support payment paid by husband** | $ 380.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ **3,067.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ N/A |
| B. Total projected monthly expenses | $ N/A |
| C. Excess income (A minus B) | $ N/A |
| D. Total amount to be paid into plan each _____ (interval) | $ N/A |

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Jessica M. Carver**                                                                 Case No.  **05-12039-JSD**
                                                    Debtor(s)                                Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**17**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 23, 2006**                               Signature   **/s/ Jessica M. Carver**
                                                                  **Jessica M. Carver**
                                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 8
(12/03)

# United States Bankruptcy Court
## Southern District of Georgia

In re  **Jessica M. Carver**                              Case No.  **05-12039-JSD**
                            Debtor(s)                    Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. Property to Be Surrendered.

   | | Description of Property | Creditor's name |
   |---|---|---|
   | 1. | 1999 Ford Taurus | Triad Financial Corporation |

   b. Property to Be Retained                                       *[Check any applicable statement.]*

   | | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|---|
   | 1. | Miscellaneous furniture owned by debtor | Arrow | X (avoid lien) | | |
   | 2. | Miscellaneous furniture owned by debtor | Covington Bank | X (avoid lien) | | |
   | 3. | Miscellaneous furniture owned by debtor | Key Loan & Finance | X (avoid lien) | | |
   | 4. | Miscellaneous furniture owned by debtor | Pioneer Credit | X (avoid lien) | | |
   | 5. | Miscellaneous furniture owned by debtor | Security Finance | X (avoid lien) | | |
   | 6. | Miscellaneous furniture owned by debtor | Tico Credit Company | X (avoid lien) | | |
   | 7. | Miscellaneous furniture owned by debtor | World Finance | X (avoid lien) | | |

Date  **June 23, 2006**                  Signature  **/s/ Jessica M. Carver**
                                                    Jessica M. Carver
                                                    Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

### Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

 1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

 2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

 3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

 4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

 5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

 1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

 2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

 3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

 4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

/s/ Jessica M. Carver | June 23, 2006 | 05-12039-JSD
Debtor's Signature | Date | Case Number

## United States Bankruptcy Court
### Southern District of Georgia

In re __Jessica M. Carver_____  Case No. __05-12039-JSD__
                                      Debtor(s)                Chapter __7__

## CERTIFICATION OF CREDITOR MAILING MATRIX

The purpose of the Certification of Creditor Mailing Matrix form is to certify that the creditor information provided on the diskette (or by ECF submission) matches **exactly** the creditor information provided on the schedules. Accordingly, I hereby certify under penalty of perjury that the master mailing list of creditors submitted on computer diskette or electronically via the CM/ECF system is a true, correct and complete listing to the best of my knowledge and that the names and number of creditors provided on the diskette/ECF submission corresponds exactly to the creditor information listed on the schedules.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney; (2) the court will rely on the creditor listing for all mailings; (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes; and (4) that debtor, attorney and trustee information is not included on the diskette or electronic submission.

The master mailing list of creditors is submitted via:

☐   computer diskette listing a total of _____ creditors which corresponds exactly to the schedules; or

■   electronic means (ECF) listing a total of __29__ creditors which corresponds exactly to the schedules.

/s/ Jessica M. Carver
**Jessica M. Carver**
Debtor

/s/ Angela Williams Seymour, for the Firm GA
Angela Williams Seymour, for the Firm GA 636505
Attorney for Debtor(s)

Date: __June 23, 2006__

Revised: 10/05                                             EXHIBIT 1

| | | |
|---|---|---|
| JESSICA M. CARVER<br>522 GRAY DRIVE<br>AUGUSTA GA 30907 | COVINGTON BANK<br>752 BROAD STREET<br>AUGUSTA GA 30901 | PIONEER CREDIT<br>1235 WALTON WAY<br>AUGUSTA GA 30901 |
| ANGELA WILLIAMS SEYMOUR, FOR THE FIRM OF<br>JAMES B. DUNCAN, III AND ASSOCIATES<br>POST OFFICE BOX 211003<br>AUGUSTA, GEORGIA, 30917-1003 | DR. RONALD TALLEY<br>P.O. BOX 3330<br>AUGUSTA GA 30914-3330 | PLAINS COMMERCE BANK<br>P.O. BOX 89937<br>SIOUX FALLS SD 57109 |
| ARROW<br>863 BROAD STREET<br>AUGUSTA GA 30901 | FRIEDMAN JEWLERS #5571<br>228 ROBERT C. DANIEL, JR. PARKWAY<br>AUGUSTA GA 30909 | SECURITY FINANCE<br>3830 WASHINGTON ROAD<br>SUITE 6<br>AUGUSTA GA 30907 |
| BELLSOUTH REGIONAL BANKRUPTCY CTR<br>29 EF1<br>301 W BAY ST<br>JACKSONVILLE FL 32202 | GEORGIA BANK & TRUST<br>PO BOX 15367<br>AUGUSTA GA 30919 | ST. JOSEPH'S HOSPITAL<br>2260 WRIGHTSBORO ROAD<br>AUGUSTA GA 30910-3199 |
| BRYLANE HOME<br>PO BOX 4411<br>TAUNTON MA 02780-9960 | KERRY CARVER<br>AUGUSTA GA | SUMMERVILLE WOMEN'S MEDICAL<br>2258 WRIGHTSBORO ROAD<br>SUITE 300<br>AUGUSTA GA 30904 |
| CAPITAL ONE<br>P.O. BOX 85147<br>RICHMOND VA 23276-0001 | KEY LOAN & FINANCE<br>1631 GORDON HIGHWAY<br>AUGUSTA GA 30906 | SUNSET FINANCE COMPANY<br>3841 A WASHINGTON ROAD<br>MARTINEZ GA 30907 |
| CHADWICKS<br>P.O. BOX 1600<br>TAUNTON MA 02780-0975 | KNOLOGY OF AUGUSTA CABLE<br>3714 WHEELER ROAD<br>AUGUSTA GA 30909 | THE MONEY TREE<br>1821 WALTON WAY<br>AUGUSTA GA 30904 |
| CINGULAR WIRELESS<br>2612 NORTHERN ROANE STREET<br>JOHNSON CITY TN 37601 | MCI COMMUNICATIONS<br>PO BOX 163250<br>COLUMBUS OH 43216-3250 | THOMSON EDUCTION DIRECT<br>925 OAK STREET<br>SCRANTON PA 18515 |
| COMCAST<br>105 RIVER SHOALS PARKWAY<br>AUGUSTA GA 30909 | MERCHANT'S CREDIT BUREAU<br>%EVANS MEDICAL GROUP<br>955 GREENE ST<br>AUGUSTA GA 30901 | TICO CREDIT COMPANY<br>POST OFFICE BOX 6460<br>NORTH AUGUSTA SC 29861 |

TRIAD FINANCIAL CORPORATION
ATTENTION: BANKRUPTCY DEPARTMENT
7711 CENTER AVENUE, SUITE 100
HUNTINGTON BEACH CA 92647


WORLD FINANCE
1151 BROAD STREET
AUGUSTA GA 30901-1117